**M. M. SMITH, JR., and FLORIDA REAL ESTATE COMMISSION v. ERNEST W. BURCH.**

35 So. (2nd) 848                                                   January Term, 1948
May 28, 1948                                                              Division B

PER CURIAM:
    Affirmed.

**A. A. PARKER v. H. L. COOPER, a minor by his next Friend, Spencer Cooper.**

35 So. (2nd) 653                                                      June Term, 1948
May 28, 1948                                                     Special Division B

PER CURIAM:
    Affirmed.

**E. W. GROOVER, doing business as GROOVER'S PHARMACY v. CITY OF MIAMI BEACH, FLORIDA, a Municipal Corporation.**

35 So. (2nd) 653                                                   January Term, 1948
May 28, 1948                                                               En Banc

PER CURIAM:
    Affirmed.

**CHAS. W. DAVIS v. THE CITY OF MIAMI, a municipal corporation of and in Dade County, Florida.**

36 So. (2nd) 276                                                   January Term, 1948
June 1, 1948                                                              Division A
Rehearing denied June 1, 1948

PER CURIAM:
    Affirmed.

**ARTHUR G. CURREN and ETHEL W. CURREN, his wife; MARY C. FOOTE; and E. F. SEARL, v. SYDNEY V. STRETTON and MADGE LAIDLAW STRETTON, his wife, and NORTH WEST CONSTRUCTION COMPANY, a Florida corporation.**

36 So. (2nd) 276                                                   January Term, 1948
June 1, 1948                                                              Division A
Rehearing denied June 22, 1948.

PER CURIAM:
    Affirmed.

**SPENCER COOPER v. A. A. PARKER**

36 So. (2nd) 224                                                      June Term, 1948
June 1, 1948                                                     Special Division B

PER CURIAM:
    Affirmed.